GEORGE S. WILKES, Appellant, *v.* THE MAYOR, ALDER—MEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued December 4, 1879; decided December 16, 1879.)

THIS action was brought to recover back alleged illegal assessments upon certain lots in the city of New York, voluntarily paid by the owner, one Burchell, plaintiff's assignor. The assessments were irregular, but had never been vacated or set aside. *Held*, that the action was not maintainable, the court citing *Swift* v. *City of Poughkeepsie* (37 N. Y., 514); *Bank of Commonwealth* v. *The Mayor, etc.* (43 id., 184); *Peyser* v. *The Mayor, etc.* (70 id., 497). Also, that it was immaterial that assessments laid upon other lots in the same proceeding had been vacated. (*In re Delancy*, 52 N. Y., 80.)

*George S. Wilkes* for appellant in person.

*D. J. Dean* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

---

SARAH FOX, Respondent, *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Argued December 5, 1879; decided December 16, 1879.)

*Fred. I. Small* for appellant.

*James B. Jenkins* for respondent.

AGREE to affirm without opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.